UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BOCKARI,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2: 17-cv-1345 KJN P<br><br><br><br>ORDER |

Plaintiff is a former prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 15, 2017, the undersigned dismissed plaintiff's complaint with leave to file an amended complaint within thirty days. (ECF No. 8.)

On September 11, 2017, plaintiff filed a motion for a thirty days extension of time to file an amended complaint. (ECF No. 10.) On September 19, 2017, the undersigned granted plaintiff thirty days to file an amended complaint. (ECF No. 12.) However, on September 18, 2017, plaintiff filed a first amended complaint. (ECF No. 11.)

On September 27, 2017, plaintiff filed briefing in support of the first amended complaint. (ECF No. 13.) On January 8, 2018, plaintiff filed a pleading containing "corrections" to his first amended complaint. (ECF No. 15.)

Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading. In other words, piecemeal amendment of complaints is not

permitted. For that reason, the undersigned cannot consider plaintiff's further briefing in support of the first amended complaint. However, plaintiff will be granted an opportunity to file a second amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted twenty-one days from the date of this order to file a second amended complaint; if plaintiff does not file a second amended complaint within that time, the court will screen the first amended complaint filed September 18, 2017.

Dated: January 30, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bock1345.ord